IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS FLORES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NORTHRIDGE RETAIL CENTER, LLC, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> Case No. 1:25-CV-00066 |

## NOTICE OF SETTLEMENT

Plaintiff, CARLOS FLORES, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, NORTHRIDGE RETAIL CENTER, LLC.

Plaintiff and Defendant, NORTHRIDGE RETAIL CENTER, LLC, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request that all deadlines be vacated and allow thirty (30) days within which to file its dismissal documents.

SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (810) 885-5279

Respectfully submitted this 15th day of April 2025.

          Law Offices of
          THE SCHAPIRO LAW GROUP, P.L.

          /s/ Douglas S. Schapiro
          Douglas S. Schapiro, Esq.
          State Bar No. 54538FL
          The Schapiro Law Group, P.L
          7301-A W. Palmetto Park Rd., #100A
          Boca Raton, FL 33433
          Tel: (561) 807-7388
          Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 15th day of April, 2025.

          /s/ Douglas S. Schapiro
          Douglas S. Schapiro, Esq.
          State Bar No. 54538FL