IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS FLORES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NORTHRIDGE RETAIL CENTER, LLC, )<br>)<br>Defendant. ) | CIVIL ACTION<br><br>Case No. 1:25-CV-00066 |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, CARLOS FLORES, and Defendant, NORTHRIDGE RETAIL CENTER, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 21st day of April, 2025.

                                                                                    Law Offices of
                                                                                    THE SCHAPIRO LAW GROUP, P.L.

                                                                                     /s/ *Douglas S. Schapiro*_____
                                                                                    Douglas S. Schapiro, Esq.
                                                                                    State Bar No. 54538FL
                                                                                    The Schapiro Law Group, P.L.
                                                                                    7301-A W. Palmetto Park Rd., #100A
                                                                                    Boca Raton, FL 33433
                                                                                    Tel: (561) 807-7388
                                                                                    Email: schapiro@schapirolawgroup.com

                                                                                    Attorney for Plaintiff

/s/ Thomas P. Walsh, III
Thomas P. Walsh, III, Esq. (#39800CO)
7350 E. Progress Place, Suite 100
Greenwood Village, CO  80111
Tel:  (303) 630-9005
Email:  tom@walshiplaw.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April 2025, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL